# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| NICOLE A. HOWELL | § § | |
| v. | § § § | CIVIL ACTION NO. 3:22-CV-1631-S-BK |
| METHODIST RICHARDSON MEDICAL CENTER | § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 8. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(h)(3).

**SO ORDERED.**

SIGNED August 26, 2022.

*[signature]*

**UNITED STATES DISTRICT JUDGE**